## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *In re* SUBPOENA TO HANWHA Q CELLS USA, INC. | Case No. _____ |
| SHANGHAI JINKO GREEN ENERGY MANAGEMENT CO. LTD., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WAARREE SOLAR AMERICAS INC., and WAAREE ENERGIES LIMITED,<br><br>Defendants. | *Underlying Action*<br><br>In the United Stated District Court for the Southern District of Texas<br><br>Case No. 4:25-cv-00532 |

### NON-PARTY HANWHA Q CELLS USA, INC.'S MOTION TO QUASH SUBPOENAS

Pursuant to Fed. R. Civ. P. 45(d) (3) and Local Civil Rule 7, non-party Hanwha Q Cells USA, Inc. ("QCells") respectfully moves this Court — as the court for the district where compliance is required — for an order quashing two subpoenas served upon it by Defendants Waaree Solar Americas Inc. and Waaree Energies Limited ("Defendants") commanding Q Cells' deposition and the production of highly confidential and competitively sensitive sales and forecast data.

The grounds for this Motion are that the subpoena (1) fails to comply with Fed. R. Civ. P. 45(d)(3)(ii); (2) seeks information that is not relevant to any claim or defense in the underlying action and is disproportionate to the needs of the case; (3) demands highly sensitive, competitively significant commercial information, the disclosure of which would cause serious competitive harm, within the meaning of Rule 45(d) (3)(A)(iv) and 45(d)(3)(B)(i); and (4) the burden of producing the requested information greatly outweighs any conceivable benefit.

This Motion is supported by the contemporaneously filed Memorandum of Points and Authorities, the Declaration of Eunsik Kim, and the Declaration of William Long.  A Proposed Order is submitted herewith.

### STATEMENT PURSUANT TO LOCAL CIVIL RULE 7(m)

Pursuant to Local Civil Rule 7(m), undersigned counsel certifies that, before filing the foregoing Non-party Hanwha Q Cells USA, Inc.'s ("Q Cells's) Motion to Quash Subpoenas, William Long, counsel for Q Cells, conferred in good faith with counsel for Defendants concerning the relief sought in the motion.  The parties conferred by telephone on May 26, June 3, and June 8, 2026.  As a result of that discussion, the parties were unable to resolve the dispute. Accordingly, this motion is opposed.


Dated: June 8, 2026.

SMITH, GAMBRELL & RUSSELL, LLP

*/s/James L. Bikoff*

James L. Bikoff
Bar No. 208023
1055 Thomas Jefferson Street, NW
Suite 400
Washington, DC 20007 USA
202-263-4300
Tel: 202-263-4341
Fax: 202-263-4374
jbikoff@sgrlaw.com

*Counsel for Hanwha Q Cells USA, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of June, 2026, the counsel of record in the Underlying

Litigation  were served by email the foregoing document as shown below:


Yun Louise Lu
louise.lu@foley.com
Miguel J. Bombach
miguel.bombach@foley.com
11988 El Camino Real, Suite 400
San Diego, CA 92130

Maren Laurence
mlaurence@foley.com
95 S. State St, Suite 2500
Salt Lake City, UT 84106

*Counsel for Shanghai Jinko Green Energy Enterprise Management Co., Ltd. and Zhejiang Jinko Solar Co., Ltd.*

Jonathan Bachand
Email: jonathan.bachand@knobbe.com
Kenneth Aruda
Email: kenneth.aruda@knobbe.com
Knobbe, Martens, Olson & Bear, LLP
1717 Pennsylvania Ave. N.W., Ste. 900,
Washington D.C. 20006

Yanna Bouris
Email: yanna.bouris@knobbe.com
Knobbe, Martens, Olson & Bear, LLP
1925 Century Park East, Ste. 400
Los Angeles, CA 90067

*Counsel for Waaree Solar Americas Inc. and Waaree Energies Ltd.*


SMITH, GAMBRELL & RUSSELL, LLP

_____/s/James L. Bikoff_____
James L. Bikoff
Bar No. 208023
1055 Thomas Jefferson Street, NW
Suite 400
Washington, DC 20007 USA
202-263-4300
Tel: 202-263-4341
Fax: 202-263-4374
jbikoff@sgrlaw.com

*Counsel for Hanwha Q Cells USA, Inc.*