**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HANWHA Q CELLS USA, INC.<br><br>       Petitioner,<br><br>       v.<br><br><br>WAAREE SOLAR AMERICAS INC. and WAAREE ENERGIES LIMITED,<br><br>       Respondents. | Case No. 1:26-mc-00090-RC |

**RESPONDENTS' NOTICE OF WITHDRAWAL OF SUBPOENA**

Respondents, by and through the undersigned counsel, hereby give notice that they withdraw the subpoena issued to Hanwha Q Cells USA, Inc. at c/o The Corporation Trust Company, Corporation Trust Center 1209 Orange Street, Wilmington, DE 19801.


Respectfully submitted,


Dated:   June 19, 2026          By: */s/ Jonathan Bachand*

                    Jonathan Bachand
                    D.C. Bar No. 987600
                    Email: jonathan.bachand@knobbe.com
                    **KNOBBE, MARTENS, OLSON & BEAR, LLP**
                    1717 Pennsylvania Ave. N.W., Ste. 900,
                    Washington, D.C. 20006
                    Telephone: (202) 640-6400
                    Fax: (202) 640-6401


                    ATTORNEY FOR RESPONDENTS
                    WAAREE SOLAR AMERICAS INC. AND WAAREE ENERGIES LIMITED

-1-

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2026, I caused to be electronically transmitted the foregoing document to the Clerk of the Court using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to participants and law firm who are registered CM/ECF users, and will be served by the CM/ECF system.


Dated:   June 19, 2026            By:  /s/ Jonathan Bachand
                                      Jonathan Bachand

                                      KNOBBE MARTENS OLSON & BEAR LLP

                                      *Attorney for Respondents Waaree Solar Americas, Inc. and Waaree Energies Limited*